```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 00252
    ANTHONY R JOHNSON
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

        Debtor
    SSN XXX-XX-5981


---------------------------------------------------------------------------
            TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
    The case was filed on 01/11/2006 and was confirmed 04/05/2006.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was dismissed after confirmation 07/16/2008.
---------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
---------------------------------------------------------------------------
AMERICREDIT FINANCIAL SV  SECURED VEHIC   16227.57         4525.29        6977.90
AMERICREDIT FINANCIAL SV  UNSECURED       NOT FILED            .00            .00
NATIONWIDE ACCEPTANCE~    SECURED           200.00             .00         140.00
NATIONWIDE ACCEPTANCE~    UNSECURED         775.88             .00            .00
INTERNAL REVENUE SERVICE  PRIORITY          794.29             .00            .00
INTERNAL REVENUE SERVICE  NOTICE ONLY     NOT FILED            .00            .00
IRS TAX DIVISION          NOTICE ONLY     NOT FILED            .00            .00
US ATTORNEYS OFFICE       NOTICE ONLY     NOT FILED            .00            .00
ROBERT J ADAMS & ASSOC    PRIORITY        NOT FILED            .00            .00
AMERICAS FINANCIAL CHOIC  UNSECURED         926.58             .00            .00
BOSS COLLECTIONS          UNSECURED       NOT FILED            .00            .00
CASH AMERICA              UNSECURED         569.80             .00            .00
ECMC                      UNSECURED        2244.60             .00            .00
GC SERVICES DATA CONTROL  UNSECURED       NOT FILED            .00            .00
INSTANT CASH ADVANCE      UNSECURED       NOT FILED            .00            .00
MEDICAL BUSINESS BUREAU   UNSECURED       NOT FILED            .00            .00
MEDICAL COLLECTIONS SYS   UNSECURED       NOT FILED            .00            .00
MUTUAL HOSPITAL           UNSECURED         956.94             .00            .00
ECMC                      UNSECURED        5080.36             .00            .00
PAY DAY LOAN STORE        UNSECURED       NOT FILED            .00            .00
RM GALICIA INC            UNSECURED       NOT FILED            .00            .00
SONIC PAYDAY              UNSECURED       NOT FILED            .00            .00
SPECIALIZED CARD SERVICE  UNSECURED       NOT FILED            .00            .00
ECMC                      UNSECURED        3974.70             .00            .00
ROBERT J ADAMS & ASSOC    REIMBURSEMENT     210.00             .00         210.00
APRIL GODARD              NOTICE ONLY     NOT FILED            .00            .00
INTERNAL REVENUE SERVICE  UNSECURED          18.38             .00            .00
ROBERT J ADAMS & ASSOC    DEBTOR ATTY      2,000.00                          4.10
TOM VAUGHN                TRUSTEE                                          739.67
DEBTOR REFUND             REFUND                                              .00

    Summary of Receipts and Disbursements:

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 06 B 00252 ANTHONY R JOHNSON
```

```
--------------------------------------------------------------------------
                            RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                    12,596.96

PRIORITY                                            210.00
SECURED                                           7,117.90
    INTEREST                                      4,525.29
UNSECURED                                              .00
ADMINISTRATIVE                                        4.10
TRUSTEE COMPENSATION                                739.67
DEBTOR REFUND                                          .00
                          ---------------    ---------------
TOTALS                     12,596.96            12,596.96
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
   Dated: 10/29/08         _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE